julescruzpet

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
**DISTRICT COURT OF GUAM**
JAN 14 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. **08-00001** |
| Plaintiff, ) | |
| vs. ) | **PETITION FOR WRIT OF REMOVAL** |
| JULES C. CRUZ, ) | |
| Defendant. ) | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On November 15, 2007, the United States Attorney's Office, for the Western District of Washington filed an Indictment charging the defendant with one count of Aggravated Identity Theft and twelve (12) counts of Bank Fraud, in violation of Title 18, United States Code, Sections 1028A and 1344;

2. On November 16, 2007, the U.S. District Court for the Northern District of California, issued a no bail warrant of arrest for the defendant to be brought to the Western District of Washington to answer charges of the indictment. A copy of the indictment and warrant for arrest are attached and incorporated herein as Exhibit 1.

//
//

3. On January 4, 2008, contact was made with the defendant and she agreed to and self surrender to Special Agent Perryn Collier, Federal Bureau of Investigation, Guam office, where she was arrested, on the 14th day of January, 2008.

WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) for said defendants from the District of Guam to the Western District of Washington.

DATED this 14 day of January 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
FREDERICK A. BLACK
Assistant U.S. Attorney

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

NOVEMBER 15, 2007

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULES CRUZ,

Defendant.

CR07 5727BHS

INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Aggravated Identity Theft)

During a time intervening between July 11, 2007 and July 16, 2007, at Fort Lewis, within the Western District of Washington, and elsewhere, JULES CRUZ knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name, social security number, and date of birth of A.S., during and in relation to a felony listed in Title 18, United States Code, Section 1028(c)(5), to wit: bank fraud, in violation of Title 18, United States Code, Section 1344, as set forth in Counts Two through Thirteen, below, and wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1028A.

07-CR-05727-INDI

INDICTMENT/Jules Cruz - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

EXHIBIT 1
Case 1:08-mj-00001  Document 1  Filed 01/14/2008  Page 3 of 10

## COUNTS TWO - THIRTEEN
### (Bank Fraud)

A. **Introduction**

1. Beginning at a time unknown, but within the last five years, and continuing until on or about July 16, 2007, at Fort Lewis, within the Western District of Washington, and elsewhere, and connected with and constituting part of a common scheme or plan with the offense charged in Count One to defraud financial institutions and others, JULES CRUZ did knowingly execute and attempt to execute a scheme and artifice to defraud USAA Federal Savings Bank and Navy Federal Credit Union, financial institutions as defined by Title 18, United States Code, Section 20, and to obtain monies and funds under the custody and control of USAA Federal Savings Bank and Navy Federal Credit Union by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

B. **The Essence of the Scheme to Defraud**

2. The essence of the scheme and artifice to defraud was for JULES CRUZ to fraudulently obtain cash and funds from USAA Federal Savings Bank and Navy Federal Credit Union, by making an electronic transfer of funds between accounts at Navy Federal Credit Union and USAA Federal Savings Bank, when she did not have sufficient funds in the accounts to support such transfers. JULES CRUZ would then attempt to withdraw funds, and would withdraw funds, from the accounts at the transferee bank, knowing there were insufficient funds in the accounts to support such withdrawals. Based on these transactions, JULES CRUZ intended to cause a loss to these financial institutions of approximately $47,000. These transactions resulted in an actual loss to USAA Federal Savings Bank of approximately $12,000.

C. **The Execution of the Scheme to Defraud**

3. In execution of the scheme to defraud, JULES CRUZ made numerous transactions at Navy Federal Credit Union and USAA Federal Savings Bank. Set forth below are certain transactions committed by JULES CRUZ, each of which is representative of the general scheme, and each of which is a separate count.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Case 1:08-mj-00001   Document 1   Filed 01/14/2008   Page 4 of 10

4. In execution of the scheme to defraud, between June 27, 2007 and July 5, 2007, JULES CRUZ made approximately twenty electronic transfers of funds from Navy Federal Credit Union account number 700463029400, to USAA Federal Savings Bank checking account number 4179 533. Representative examples include, but are not limited to, the following:

| Count | Date | Amount |
|---|---|---|
| Two | June 27, 2007 | $1,000 |
| Three | June 29, 2007 | $1,000 |
| Four | July 3, 2007 | $1,000 |

5. In execution of the scheme to defraud, on or about July 10, 2007, JULES CRUZ made deposits into two separate USAA savings accounts from Navy Federal Credit Union account number 700463029400, as follows:

| Count | Date | Amount | USAA Account No. |
|---|---|---|---|
| Five | July 10, 2007 | $7,500 | 43587321 |
| Six | July 10, 2007 | $7,500 | 43565107 |

6. In execution of the scheme to defraud, JULES CRUZ opened accounts at USAA Federal Savings Bank, using the names and means of identification of A.S., as follows:

| Count | Date | Account Type | Account Number |
|---|---|---|---|
| Seven | July 16, 2007 | Checking | 43728820 |
| Eight | July 16, 2007 | Savings | 43728812 |
| Nine | July 16, 2007 | Master Card | 5491-2373-0075-5595 |

7. In execution of the scheme to defraud, JULES CRUZ made two electronic transfers of funds from Navy Federal Credit Union account number 700463029400 to the USAA Federal Savings Bank accounts opened in A.S.'s name, as follows:

| Count | Date | Amount | Account Number |
|---|---|---|---|
| Ten | July 16, 2007 | $10,000 | 43728820 |
| Eleven | July 16, 2007 | $10,000 | 43728812 |

INDICTMENT/Jules Cruz - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

8. In execution of the scheme to defraud, JULES CRUZ transferred funds from the USAA Federal Savings Bank accounts which she had created using A.S.'s name, to Navy Federal Credit Union account number 700463029400, as follows:

| Count | Date | Amount | Account Number |
|---|---|---|---|
| Twelve | July 16, 2007 | $5,000 | 43728812 |
| Thirteen | July 16, 2007 | $15,000 | 43728820 |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

INDICTMENT/Jules Cruz - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  All in violation of Title 18, United States Code, Section 1344.

2

3                                        A TRUE BILL:

4                                        DATED:

5                                        Signature of Foreperson redacted
                                         pursuant to the policy of the Judicial
6                                        Conference
                                         _____
7                                        FOREPERSON

8        [signature]

9        _____
         JEFFREY C SULLIVAN
10       United States Attorney

11

12       [signature]
         _____
13       MIKE LANG
         Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT/Jules Cruz - 5                                    UNITED STATES ATTORNEY
                                                             700 Stewart Street, Suite 5220
                                                             Seattle, Washington 98101-1271
                                                             (206) 553-7970

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

NOV 15 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
                    Plaintiff,

          v.

JULES CRUZ,
                    Defendant.

CR07 5727BHS

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this 15th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

SECRET: YES ___ NO XX

07-CR-05727-ORD

Order Issuing Bench Warrant - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# United States District Court

WESTERN DISTRICT OF WASHINGTON
TACOMA

UNITED STATES OF AMERICA                    WARRANT FOR ARREST
v.

JULES CRUZ

CASE NUMBER: CR07-5727 BHS

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____JULES CRUZ____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) INDICTMENT charging him or her with:

Count 1:     Aggravated Identity Theft
             18:1028A
Count 2-13:  Bank Fraud
             18:1344

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By

__James Kelly__                              __Deputy Clerk__
Name of Issuing Officer                       Title of Issuing Officer

[signature]                                  __November 16, 2007 at Seattle, Washington__
Signature of Issuing Officer                  Date and Location

Bail fixed at _____   by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER |
| DATE OF ARREST | |

07-CR-05727-WRNT

**Criminal Case Cover Sheet**                                               **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____                Related Case Information:        **08-00001**

Country/Parish ____N/A____                Superseding Indictment _____ Docket Number _____
                                          Same Defendant _____ New Defendant ___X___
                                          Search Warrant Case Number _____
                                          R 20/ R 5(c) from _Western District of Washington_____

**Defendant Information:**

      Juvenile: Yes _____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name       __JULES CHELSEA CRUZ_____

Allisas Name         _____

Address              _____
                     _____
                     _____

Birth date _1987_ SS# ____7686____ Sex __F__ Race____ Nationality _U.S._

**RECEIVED JAN 14 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA _Frederick A. Black_

Interpreter: __X__ No ____Yes          List language and/or dialect: _N/A_

**Location Status:**

Arrest Date: _January 14, 2008_

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____1_____          ____ Petty ____ Misdemeanor __X__ Felony

      **Index Key/Code**              **Description of Offense Charged**              **Count(s)**

Set  1 _18 U.S.C. §§ 1028A_____   _Aggravated Identity Theft_____   __1___

Set  2 _18 U.S.C. §§ 1344_____   _Bank Fraud_____   _2-13_

Set  3 _____   _____   _____

Set  4 _____   _____   _____

(Continued on reverse)

Date: _1/14/08_           Signature of AUSA: _[signature]_

**ORIGINAL**