**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: MJ-08-00001　　　　　　　　　　DATE: January 14, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 2:15:00 - 2:45:36
CSO: J. McDonald

**APPEARANCES:**
Defendant: Jules C. Cruz　　　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　U.S. Marshal: J. Untalan
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS:** Initial Appearance re Petition for Writ of Removal and Identity Hearing
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Proceedings continued to: 1/18/2008 at 1:30 p.m.
- Defendant released to third party custodian.

NOTES: