DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00001 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **JULES C. CRUZ,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

**/s/ Joaquin V.E. Manibusan, Jr.**
　　**U.S. Magistrate Judge**
**Dated: Jan 14, 2008**