

# DISTRICT COURT OF GUAM
### OFFICE OF THE CLERK

4TH FLOOR, U. S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGATÑA, GUAM 96910
(671) 473-9100
Fax: (671) 473-9152

January 26, 2008

ELECTRONIC TRANSMITTAL

Bruce Rifkin, Clerk of Court
United States District Court Clerk's Office-Tacoma
U.S. COURTHOUSE
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

    Re:    Electronic Transfer of MJ 08-00001; United States of America vs. Jules C. Cruz

    Attached to this electronic transmission please find enclosed, a PDF copy of the Minute Order dated January 18, 2008 ordering the defendant to report to the Pretrial Services and the U.S. Marshals Service in Tacoma, Washington, and the Docket.

    Please note that this case is completely imaged and available through PACER.

    If you have any questions, please do not hesitate to contact this office. Thank you.

    Sincerely,

    JEANNE M. QUINATA

    By:  /s/ Carmen B. Santos
          Carmen B. Santos
          Case Manager

cc:    All counsel of record

Enclosure

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-08-00001　　　　　　　　　　DATE: January 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　　Electronically Recorded: 1:32:18 - 1:47:47
CSO: B. Benavente/J. McDonald

**APPEARANCES:**

Defendant: Jules C. Cruz　　　　　　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Frederick A. Black　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　　U.S. Marshal: T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Identity Removal Hearing**
- Defendant waives Identity hearing
- Defendant ordered to leave Guam on January 20, 2008, and to report to the U.S. Pretrial Services and the U.S. Marshals Services in Tacoma, Washington.
- Defendant released on bond (see release conditions on page 2).

NOTES:

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____  (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
                Custodian or Proxy                          Date

(✓) (7) The defendant shall:
  (✓) (a) report to the _____,
          telephone number  (253) 882-3705 , not later than _____.
  ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
  ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described.
  ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
  ( ) (e) maintain or actively seek employment.
  ( ) (f) maintain or commence an education program.
  (✓) (g) surrender any passport to: U.S. Pretrial Services in the Western District of Washington
  (✓) (h) obtain no passport.
  ( ) (i) abide by the following restrictions on personal association, place of abode, or travel:
  ( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
  ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:
  ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
  ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  (✓) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  (✓) (o) refrain from ( ) any (✓) excessive use of alcohol.
  (✓) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (✓) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  (✓) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
  ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
  ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
      ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
      ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
      ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  ( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  (✓) (v) Shall report to the U.S. Pretrial Services Office in the Western District of Washington at 1152 U. S. Courthouse, 1717 Pacific Ave., Tacoma, immediately on arrival in Washington.
  (✓) (w) Shall report the U. S. Marshals in Tacoma, Washington no later than Tuesday, January 22, 2008.
  (✓) (x) Comply with residential requirements. Washington.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# Civil/Criminal CM/ECF System
## District Court of Guam (Hagatna)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-00001 All Defendants
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Cruz | Date Filed: 01/14/2008 |

Assigned to: Magistrate Judge Joaquin
V.E. Manibusan, Jr

**Defendant**

| | | |
|---|---|---|
| **Jules C. Cruz** (1) | represented by | **Federal Public Defender**<br>Law Offices of Federal Public Defender<br><br>First Hawaiian Bank Building<br>400 Route 8, Suite 501<br>Mongmong, GU 96910<br>671-472-7111<br>Fax: 671-472-7120<br>Email: john_t_gorman@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1028A.F, Count 1;, 18:1344A.F, Counts 2 thru 13, 18:1344A.F, 18:1344A.F, 18:1344A.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Frederick A. Black**<br>U.S. Attorney's Office, District of Guam<br>Suite 500, Sirena Plaza<br>108 Hernan Cortes Avenue<br>Hagatna, GU 96910<br>671-472-7332<br>Fax: 671-472-7334<br>Email: frederick.black@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2008 | | Court Certificate of Service re 10 ** SEALED Document Pursuant to E-Government Act of 2002 ** Order Setting Conditions of Release - FPD acknowledged receipt on 01/18/2008, USAO acknowledged receipt on 01/22/2008, USPO acknowledged receipt on 01/22/2008, USMS acknowledged receipt on 01/22/2008. (cbs, ) (Entered: 01/22/2008) |
| 01/19/2008 | | Court Certificate of Service re 5 ** SEALED Document Pursuant to E-Government Act of 2002 ** Order Setting Conditions of Release as to Jules C. Cruz - USAO acknowledged receipt on 01/17/2008, FPD acknowledged receipt on 01/18/2008, USPO acknowledged receipt on 01/17/2008, USMS acknowledged receipt on 01/18/2008. (cbs, ) (Entered: 01/19/2008) |
| 01/18/2008 | 10 | ** SEALED Document Pursuant to E-Government Act of 2002 ** Order Setting Conditions of Release as to Jules C. Cruz. (cbs, ) (Entered: 01/19/2008) |
| 01/18/2008 | 9 | CORRECTIVE ENTRY: **Modified on 1/19/2008 to correct filed date from 1/19/2008 to 1/18/2008** re: 6 Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.: Identity Removal Hearing as to Jules C. Cruz held on 1/18/2008. Defendant waives identity hearing. Defendant ordered to leave Guam on 1/20/2008 and to report to the U.S. Pretrial Services and the USMS in Tacoma, Washington. Defendant released on bond. (Start Time: 1:32:18, End Time: 1:47:47.) (cbs, ) (Entered: 01/19/2008) |
| 01/18/2008 | 8 | Order Setting Conditions of Release as to Jules C. Cruz (1) Personal Recognizance. Signed by Judge Joaquin V.E. Manibusan Jr. on 1/18/2008. (cbs, ) (Entered: 01/19/2008) |
| 01/18/2008 | 7 | Waiver of Identity filed by Jules C. Cruz. (cbs, ) (Entered: 01/19/2008) |
| 01/18/2008 | 6 | Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.: Identity Removal Hearing as to Jules C. Cruz held on 1/18/2008. Defendant waives identity hearing. Defendant ordered to leave Guam on 1/20/2008 and to report to the U.S. Pretrial Services and the USMS in Tacoma, Washington. Defendant released on bond. (Start Time: 1:32:18, End Time: 1:47:47.) (cbs, ) **Modified on 1/19/2008 to correct filed date |

| | | |
|---|---|---|
| | | from 1/19/2008 to 1/18/2008** (cbs, ) (Entered: 01/19/2008) |
| 01/15/2008 | 5 | ** SEALED Document Pursuant to E-Government Act of 2002 ** Order Setting Conditions of Release as to Jules C. Cruz. (mba, ) (Entered: 01/16/2008) |
| 01/15/2008 | 4 | Order Setting Conditions of Release as to Jules C. Cruz (1) Third Party Custodian.. Signed by Judge Joaquin V.E. Manibusan Jr. on 1/14/2008. (mba, ) (Entered: 01/16/2008) |
| 01/14/2008 | 3 | Appointment Order. Appointment of Federal Public Defender for Jules C. Cruz. Signed by Judge Joaquin V.E. Manibusan Jr. on 1/14/2008. (mba, ) (Entered: 01/16/2008) |
| 01/14/2008 | 2 | Minute Entry for proceedings held before Judge Joaquin V.E. Manibusan Jr.:Initial Appearance re Petition for Writ of Removal and Identity Hearing as to Jules C. Cruz held on 1/14/2008. Federal Public Defender appointed. Further Proceedings re Petition for Writ of Removal continued ti 1/18/2008 at 01:30 PM in 3rd Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr. Defendant released to third party custodian.(Court Recorder Walter M. Tenorio.)(Start Time: 2:15:00, End Time: 2:45:36.) (mba, ) (Entered: 01/16/2008) |
| 01/14/2008 | 1 | Petition for Writ of Removal as to Jules C. Cruz. (mba, ) (Entered: 01/16/2008) |
| 01/14/2008 | | Arrest (Rule 5) of Jules C. Cruz. (mba, ) (Entered: 01/14/2008) |
| 01/14/2008 | | Request for Hearing as to Jules C. Cruz : Initial Appearance, Petition for Writ of Removal and Identity Hearing set for 1/14/2008 at 02:00 PM in 3rd Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr.(mba, ) (Entered: 01/14/2008) |